```
                                                              FILED
                                                          IN OPEN COURT

        IN THE UNITED STATES DISTRICT COURT FOR THE        AUG 1 1 2023
                  EASTERN DISTRICT OF VIRGINIA
                         Norfolk Division                CLERK, U.S. DISTRICT COURT
                                                              NORFOLK, VA
```

UNITED STATES OF AMERICA

v.  Criminal No. 2:22CR147-11

AARON HUNTER,
"ASAP,"

Defendant.

## STATEMENT OF FACTS

The United States and the defendant, AARON HUNTER, a/k/a "ASAP" ("HUNTER"), stipulate that the allegations in Counts One, Eleven, and Twelve of the Superseding Indictment and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. Beginning in or about the January 2020 and continuing thereafter up to and including November 8, 2022, in the Eastern District of Virginia and elsewhere within the jurisdiction of this Court, HUNTER knowingly and intentionally participated in a marijuana and psilocybin trafficking conspiracy with others, including co-defendants CORTNEY ALLEN CONLEY, a/k/a "KO," ("C. CONLEY"), RASHAUN MARCQUEZ JOHNSON, a/k/a "Shaun" ("JOHNSON"), DAVIAN MARCELIS JENKINS, a/k/a "DJ," ("JENKINS"), LATEYA CONLEY, a/k/a "Teya," ("L. CONLEY"), JASMINE DENEEN CUFFEE, a/k/a "Jas," ("CUFFEE"), JAVAID RAKHTAR REED, a/k/a "Vay," ("REED"), KASHEIM BRYANT ("BRYANT"), KYRON SPELLER, a/k/a "Spazz," ("SPELLER"), TERRANCE ALEXANDER

1



SPENCER, a/k/a "T-Money" (SPENCER), and COREY MELIC BLACKWELL, a/k/a "Blick," ("BLACKWELL").

2. Psilocybin is a constituent of "Magic mushrooms" and was sold by the co-conspirators as "Magic mushrooms" and edibles.

3. The co-conspirators received quantities of marijuana and psilocybin from a source of supply in California and other states, at times via the United States Postal Service ("USPS"). HUNTER and his co-conspirators conspired to distribute and possess with the intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana and a mixture and substance containing a detectable amount of psilocybin.

4. It was part of the conspiracy that the defendants and co-conspirators would and did play different roles in the conspiracy, taking upon themselves different tasks and participating in the affairs of the conspiracy through various criminal acts. Some of the roles which the defendants and co-conspirators assumed and carried out included, among others, organizer, manager, distributor, packager, advertiser, supplier, and collector. Specifically, C. CONLEY acted as a leader and organizer of the conspiracy. JOHNSON acted as security and doorman at "popup" dispensary locations, which would change and "popup" at new locations during the course of the conspiracy. As a doorman, JOHNSON controlled drug customers' access and entry to the "popup" dispensaries. JENKINS acted as security and engaged in drug sales at "popup" locations. L. CONLEY handled the finances and proceeds from the illegal sales of controlled substances on behalf of the conspiracy. L. CONLEY further assisted C. CONLEY when he was a fugitive from law enforcement after the May 13, 2022 double homicide at the Wintercress Way "popup" location. CUFFEE sought out and rented apartments that served as "popup" locations for the conspiracy and received packages sent via USPS containing controlled substances on behalf of C.



CONLEY. CUFFEE further assisted C. CONLEY when he was a fugitive from law enforcement after the May 13, 2022 double homicide at the Wintercress Way "popup" location. REED acted as a manager and security for various popup locations. BRYANT acted as C. CONLEY's partner, provided security to the conspiracy, and assisted C. CONLEY in reestablishing a "popup" location after a double homicide at the Wintercress Way "popup" location. SPELLER acted as security for various "popup" locations and helped establish the Wintercress Way "popup" shop. SPELLER also assisted C. CONLEY when he was a fugitive from law enforcement by renting a vehicle and driving C. CONLEY to Georgia after the May 13, 2022 double homicide at the Wintercress Way "popup" location. ALEXANDER acted as a doorman and security for the C. CONLEY DTO. BLACKWELL acted as a partner to C. CONLEY in 2020 and 2021 at the Providence Road "popup" location, delivered marijuana belonging to C. CONLEY to an unindicted coconspirator, and sent the surveillance videos that captured the May 13, 2022 double homicide at the Wintercress Way "popup" shop to C. CONLEY in June 2022. BLACKWELL assisted C. CONLEY in reestablishing a "popup" shop utilizing multiple Airbnb locations after the May 13, 2022 double homicide at the Wintercress Way "popup" shop. HUNTER worked as security and in sales of controlled substances for C. CONLEY.

5. The co-conspirators established makeshift "popup" marijuana and psilocybin dispensaries at various locations throughout Hampton Roads, including apartments on Providence Road and Wintercress Way in Chesapeake, Virginia. The locations often move or "popup" at new locations to avoid detection by law enforcement, would-be robbers, and burglaries. The apartments at Providence Road and Wintercress Way were set up as a makeshift dispensaries for the sale and distribution of controlled substances, including marijuana and psilocybin. HUNTER





distributed and possessed with the intent to distribute marijuana and psilocybin at various times at the Providence Road dispensary.

6. Co-conspirators advertised the dispensaries, including the Providence Road and Wintercress Way "popup" dispensaries, through social media platforms to obtain customers, including through the application Telegram.[1] Co-conspirators were armed throughout the course of the conspiracy to protect the controlled substances and proceeds from the sale of controlled substances at the "popup" dispensary locations. The Wintercress Way and Providence Road "popup" dispensaries were equipped with multiple interior-mounted Ring cameras, which were positioned to monitor points of entry and drug sales where cash proceeds were dropped in a secure drop box following transactions.

7. On a date in July 2021, an armed robber attempted to rob the Providence "popup" dispensary. At the time of the attempted robbery, REED, HUNTER, ALEXANDER, and an unindicted co-conspirator were present in the "popup" shop and possessed psilocybin and marijuana with the intent to distribute. On the day of the July 2021 Providence Road attempted robbery, ALEXANDER acted as a doorman while armed with a firearm that he tucked into his waistband. HUNTER acted as security and was armed with a firearm while seated next to a table containing marijuana, psilocybin and controlled substance proceeds. ALEXANDER answered the door for the attempted robber and engaged in a physical struggle with the attempted robber. ALEXANDER physically pushed the attempted robber out of the apartment and REED brandished a firearm at the attempted robber, who fled the scene.

---

[1] Telegram is a globally accessible freemium, cross-platform, cloud-based instant messaging service. The service also provides optional end-to-end encrypted chats and video calling, VoIP, file sharing and several other features.




8. On May 13, 2022, two individuals attempted to rob the Wintercress Way "popup" dispensary. Within the apartment at the time of the attempted robbery were five individuals: JOHNSON, who was working security, C. CONLEY, who is the leader and organizer; JENKINS, who was engaged in the sale and distribution of quantities of marijuana and psilocybin; and two other individuals. On May 13, 2022, prior to the shootout, JENKINS engaged in marijuana and psilocybin sales to drug customers in a bedroom of the residence.

9. At approximately 3:50 p.m. on May 13, 2022, two armed subjects wearing ski masks displayed handguns and forced their way into the Wintercress Way "popup" dispensary. As the two subjects entered the residence, they were met with armed resistance from JOHNSON and C. CONLEY. C. CONLEY was armed with a .45 caliber handgun which he brandished and discharged at the two subjects. JOHNSON was armed with a Glock 9mm semi-automatic pistol, which he brandished and discharged at the two subjects. A hail of gunfire was exchanged with rounds entering neighboring residences. One of the subjects fell dying in the foyer of the residence and the second subject was repeatedly shot with a large caliber handgun multiple times, immobilizing his arms as he attempted to reach for the door handle to flee the residence. Both subjects were left dying in the foyer blocking the front door of the apartment. JENKINS took a firearm from one of the subjects and brandished and pistol whipped one of the subjects as he lay dying in the foyer. Immediately after the gun battle, JOHNSON, C. CONLEY and JENKINS packed into large duffle bags the controlled substances, drug proceeds, and firearms, and fled the apartment through a window in a room at the back of the residence.

10. C. CONLEY fled from law enforcement until he was apprehended on November 8, 2022. After the May 13, 2022 double homicide at Wintercress Way, REED, SPELLER and others



assisted C. CONLEY in establishing new "popup" locations in the Eastern District of Virginia for the illegal sale of controlled substances.

11. As described herein, on or about July 2021, in the City of Chesapeake, AARON HUNTER, did knowingly possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely: possession with the intent to distribute psilocybin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2, as set forth in Count Eleven of the Superseding Indictment.

12. The parties agree that the quantities of controlled substances involved in the conspiracy attributable to the defendant as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to the defendant are at least 100 kilograms of marijuana and a mixture and substance containing a detectable amount of psilocybin. Marijuana is a Schedule I controlled substance. Psilocybin is a Schedule I controlled substance.

13. Chesapeake is located within the Eastern District of Virginia.

14. The acts taken by the defendant, AARON HUNTER, in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts is a partial summary of the case and does not describe all of the defendant's conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.



Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Megan M. Montoya
Assistant United States Attorney

*UNITED STATES v. AARON HUNTER,* 2:22cr147-11

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, AARON HUNTER, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
AARON HUNTER
Defendant

I am counsel for AARON HUNTER. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
GREGORY KLEIN, Esq.
Attorney for AARON HUNTER

8

