UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORTNEY ALLEN CONLEY, *et al.*,<br><br>Defendants. | Criminal No. 2:22cr147 |

## **BRIEFING ORDER**

Pending before the Court are a Motion in Limine to Prohibit Testimony Related to Self-Defense (ECF No. 365) and a Motion in Limine to Prohibit Testimony and Arguments Related to Marijuana Legalization (ECF No. 366) (the "Motions") by the Government. The Government requests that the Court prohibit (1) evidence of or reference to self-defense in connection with the possession, brandishing, or use of a firearm in violation of § 924(c), and (2) evidence of, argument on, or reference to non-federal jurisdictions' laws on marijuana possession.

Because trial is scheduled for April 2, 2024, the Court finds that expedited briefing is appropriate. Defendants Conley, Reed, Speller, and Alexander are **ORDERED** to file responses to the Motions (ECF Nos. 365, 366) by March 14, 2024. The Government may file a reply to each Motion by March 19, 2024. The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

March 7, 2024
Norfolk, Virginia