# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Wednesday, April 3, 2024

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard        Reporter: Michelle Maar, OCR

| Set: 9:00 a.m. | Started: 9:10 a.m. | Ended: 4:45 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:22cr147 |
| **United States of America** |
| v. |
| Cortney Allen Conley, Javaid Akhtar Reed, Kyron Speller and Terrance Spencer Alexander |
| |
| (Jury Trial Day #2) |
| Megan Montoya, Joseph DePadilla and Luke Bresnahan present on behalf of the Government. |
| Jarrett McCormack and Robert Canoy present on behalf of the defendant, Cortney Allen Conley. |
| Nathan Chapman present on behalf of the defendant, Javaid Akhtar Reed. |
| Daymen Robinson present on behalf of the defendant, Kyron Speller. |
| Mary Morgan present on behalf of the defendant, Terrance Spencer Alexander. |
| Defendants, Cortney Allen Conley and Javaid Akhtar Reed, present and in custody. |
| Defendants, Kyron Speller and Terrance Spencer Alexander, present and on bond. |
| Matter came on for day #2 of trial with jury. |
| Opening statements of Counsel heard. |
| Government presented evidence in part. |
| |
| Court adjourned and jurors excused to return tomorrow, 4/4/2024 at 9:00 a.m. |
| Lunch Break: 12:45 p.m. – 2:00 p.m. |