IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT

APR 1 1 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:22cr147 |
| | ) |
| CORTNEY ALLEN CONLEY ET AL., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION

It is hereby stipulated and agreed between the government and the defendants, CORTNEY ALLEN CONLEY, JAVAID AKHTAR REED, KYRON SPELLER and TERRANCE SPENCER ALEXANDER, as follows:

That in or about July 2021, TERRENCE SPENCER ALEXANDER did not have a permanent residence and was residing in various different locations, including staying overnight and showering at the homes of friends and occasionally in hotel rooms.

The parties further agree that this Stipulation may be marked and admitted as evidence in the case, and that it may be submitted to the Jury during its deliberations along with other admitted evidence.

TERRENCE SPENCER ALEXANDER

By: _____
Mary Teresa Morgan

_____
Terrance Spencer Alexander
Defendant

SEEN AND AGREED:

_____
Megan Montoya
Joseph DePadilla
*Assistant United States Attorneys*

_____
Counsel for Defendant Cortney Conley

_____
Cortney Conley, Defendant

_____
Counsel for Defendant Javaid Reid

_____
Javaid Reid, Defendant

_____
Counsel for Defendant Kyron Speller

_____
Kyron Speller, Defendant