# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Monday, April 15, 2024

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard      Reporter: Michelle Maar, OCR

| Set: 9:00 a.m. | Started: 9:05 a.m. | Ended: 1:45 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:22cr147 |
| **United States of America** |
| v. |
| Cortney Allen Conley, Javaid Akhtar Reed, Kyron Speller and Terrance Spencer Alexander |
| |
| (Jury Trial Day #10) |
| Megan Montoya, Joseph DePadilla and Luke Bresnahan present on behalf of the Government. |
| Jarrett McCormack and Robert Canoy present on behalf of the defendant, Cortney Allen Conley. |
| Nathan Chapman present on behalf of the defendant, Javaid Akhtar Reed. |
| Daymen Robinson present on behalf of the defendant, Kyron Speller. |
| Mary Morgan present on behalf of the defendant, Terrance Spencer Alexander. |
| Defendants, Cortney Allen Conley and Javaid Akhtar Reed, present and in custody. |
| Defendants, Kyron Speller and Terrance Spencer Alexander, present and on bond. |
| Matter came on for day #10 of trial with jury. |
| Alternate juror excused. |
| Jury retired with instructions to begin their deliberations. |
| Out of the presence of the Jury, Court and Counsel discussed and answered a question of the Jury. |
| Jury returned later with a verdict. |
| Jury Polled. |
| Terrance Spencer Alexander dismissed from proceedings. |

| |
|---|
| Matter continued for pre-sentence report. Sentencing Procedure Orders entered and filed and copies provided to defendants. |
| Waivers of Forfeiture Determination by Jury filed. |
| Court granted Government's motion to substitute physical evidence for photos. |
| Cortney Allen Conley, Javaid Akhtar Reed, and Kyron Speller remanded into custody. |
| |
| |
| |
| |