IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT
APR 1 5 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:22cr147 |
| | ) |
| CORTNEY ALLEN CONLEY, | ) |
| | ) |
| *Defendant.* | ) |

### SPECIAL JURY VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, CORTNEY ALLEN CONLEY:

COUNT ONE: With respect to Count One, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty ___✓___     Not Guilty _____

NOTE: If your answer to Count One is "Not Guilty," do not answer any other questions for Count One. If your answer for Count One is "Guilty," please answer the following questions for Count One.

Mark which controlled substance or controlled substances the defendant, conspired to distribute and possess with intent to distribute:

___✓___ Marijuana     ___✓___ Psilocyn     ___✓___ Psilocybin

If you checked marijuana, mark the total amount of marijuana you find the defendant conspired to distribute and possess with intent to distribute.

Marijuana:

___✓___ One hundred (100) kilograms or more, but less than one thousand (1000) kilograms of a mixture and substance containing a detectable amount of marijuana;

_____ Fifty (50) kilograms or more, but less than one hundred (100) kilograms, of a mixture and substance containing a detectable amount of marijuana; or

_____ Less than fifty (50) kilograms of a mixture and substance containing a detectable amount of marijuana.

COUNT TWO: With respect to Count Two, Possession with Intent to Distribute Marijuana, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty ✓         Not Guilty _____

COUNT THREE: With respect to Count Three, Possession with Intent to Distribute Psilocyn or Psilocybin, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty ✓         Not Guilty _____

NOTE: If your answer to Count Three is "Not Guilty," do not answer any other questions for Count Three. If your answer for Count Three is "Guilty," please answer the following questions for Count Three.

Mark which controlled substance or controlled substances the defendant, possessed with intent to distribute:

✓ Psilocyn      ✓ Psilocybin

COUNT FOUR: With respect to Count Four, Use or Carry a Firearm During and in Relation to, or Possession of a Firearm in Furtherance of, Drug Trafficking Crimes alleged in Counts Two or Three, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty ✓         Not Guilty _____

NOTE: If your answer to Count Four is "Not Guilty," do not answer any other questions for Count Four. If your answer for Count Four is "Guilty," please answer the following question for Count Four.

With respect to Count Four, Use or Carry a Firearm During and in Relation to, or Possession of a Firearm in Furtherance of, Drug Trafficking Crimes alleged in Counts Two or

Three, mark whether the defendant is also guilty of Brandishing a Firearm During and in Relation to or in Furtherance of Drug Trafficking Crimes alleged in Counts Two or Three.

Guilty ✓          Not Guilty _____

With respect to Count Four, Use or Carry a Firearm During and in Relation to, or Possession of a Firearm in Furtherance of, Drug Trafficking Crimes alleged in Counts Two or Three, mark whether the defendant is also guilty of Discharging a Firearm During and in Relation to or in Furtherance of Drug Trafficking Crimes alleged in Counts Two or Three.

Guilty ✓          Not Guilty _____

COUNT FIVE: With respect to Count Five, Possession with Intent to Distribute Marijuana, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty ✓          Not Guilty _____

COUNT SIX: With respect to Count Six, Possession with Intent to Distribute Psilocyn or Psilocybin, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty ✓          Not Guilty _____

NOTE: If your answer to Count Six is "Not Guilty," do not answer any other questions for Count Six. If your answer for Count Six is "Guilty," please answer the following questions for Count Six.

Mark which controlled substance or controlled substances the defendant, possessed with intent to distribute:

✓ Psilocyn      ✓ Psilocybin

3

COUNT SEVEN: With respect to Count Seven, Use or Carry a Firearm During and in Relation to, or Possession of a Firearm in Furtherance of, Drug Trafficking Crimes alleged in Counts Five or Six, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty __✓__       Not Guilty _____


COUNT EIGHT: With respect to Count Eight, Continuing Criminal Enterprise, we find the defendant, CORTNEY ALLEN CONLEY:

Guilty __✓__       Not Guilty _____

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

<u>UNITED STATES v. CORTNEY ALLEN CONLEY</u>
Criminal No. 2:22cr147

REDACTED COPY

_4/15/2024_
Date

_____
Foreperson's Signature