## Dear Judge Arenda Allen,

My name is Connell Conley and I have been a longtime and best friend of Aaron Hunter and the Hunter family for many many years. This is a simple and concise reference to his likeness and overall character.

Aaron is a stand up individual and takes great pride in family, friends and selflessness to others. He goes out of his way to help those in need (including myself) and is a great father, brother, son from what I have witnessed throughout the years. I also think growth is a key factor in this situation that he has been challenged with but he has never and might I stress NEVER let short comings hold him back from being an honorable person. I have noticed a significant change from the way handles work affairs to way he embraces his religion. In my honest opinion Aaron is more of an asset to society than a burden contributing where can, when he can and should be permitted to continue on a path that will reflect who he truly is.

Best Regards,

*Connell Conley*
Connell Conley
757-876-5047
Chesapeake, VA