1262 W 26TH ST
NORFOLK, VA 23508

November 4, 2024

Dear Honorable Judge,

I am writing to provide a character reference for Mr. Davian Jenkins, a remarkable young man I have known since 2013. I first met Davian through his mother, with whom I had the pleasure of working, and over the years, my husband and I have become close with their family. We would often spend time with them at family gatherings, allowing my husband to serve as a strong male influence in Davian's life. From the beginning, Davian impressed us with his respectfulness, maturity, and dedication to his goals.

Davian was raised with Christian values, and he has always shown a genuine commitment to those principles. His aspirations to join the military were driven by a desire to honor his mother's sacrifices and build a future filled with purpose. He has often spoken of his wish to give back to his family and country, and his faith has been a guiding force for him throughout these pursuits. I truly believe that Davian's faith continues to sustain his hope and strength during this challenging time.

In every interaction I have had with Davian, he has demonstrated compassion, integrity, and a willingness to work hard toward his dreams. I am confident that he is a person of strong moral character who has unfortunately been placed in an undeserved situation. With deep respect, I ask for your understanding and compassion in considering Davian's case, as I am certain his actions reflect the qualities of an upstanding individual.

Thank you for your time and thoughtful consideration.

Respectfully,