Justina Brehon
5460 Greenplain Road, Apt 302
Norfolk, Virginia 23502

October 21, 2024

Re: Davian Jenkins

To: The Honorable Judge

I have known Davian Jenkins as a bright and well respectful young man for over 15 years. I was both troubled and surprised to hear about his case as he has always been well manner and respectful, never to get into any trouble. It is for this reason I am happy to write this letter of character for Davion Jenkins regarding this matter. I understand the seriousness of this matter however, I'm hoping the court will show some leniency.

Davion Jenkins has always been an upright trouble less young man in the community. He made it his point to be helpful, respectful and show significant support to any one at anytime. He has truly been a good young man over the years.

In addition to knowing him, he has never involved himself in situations that would cause him to involve the law. While it is unfortunate that he has made a bad decision, resulting in this case. I was surprised to hear of the misconduct. It comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In short, Davian Jenkins expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at this time of sentencing. Despite the current case, I still believe Davion Jenkins to be an honorable individual, a valuable human being to all, and a good person.

Sincerely,

*Justina Brehon*

Justina Brehon