9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

| | |
|---|---|
| Set: 9:00 a.m. | Date: December 20, 2024 |
| Started: 9:00 a.m. | Judge: Arenda Wright Allen |
| Ended: 11:20 a.m. | Court Reporter: Michelle Maar |
| | U.S. Attorney: Megan Montoya |
| | Defense Counsel: Nathan Chapman |
| | Courtroom Deputy: Lorraine Howard |
| | Probation Officer: Samantha Bean |

Case No.    2:22cr147-007
Defendant:    Javaid Akhtar                                       (X) in custody  ( ) on bond

 X    Came on for disposition.     X    Defendant sworn.

 X    Presentence Report reviewed.        Objections heard-Court to enter an order on objections.

 X    Court adopts PSR for the purpose of establishing the advisory guidelines.

       Evidence presented. (Witnesses and exhibits listed on last page)

 X    Arguments of counsel heard.  X   Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts  1, 9, 10 and 11  : The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of     171     months. The term consists of   87    months on Count   1 and 10   , a term of  60  months on Count  9  , all to be served concurrently, and a term of    84     months on Count   11    , to be served consecutively. (CREDIT FOR TIME SERVED)

 X    The defendant is remanded to the custody of the U.S. Marshal.

       The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

       If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

       If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

## PROBATION:
       The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

__X__   Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.** This term consists of FIVE (5) YEARS on Counts 1, 9, 10 and 11, all to run concurrently.

____   The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__   The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug test thereafter, as directed by the probation officer.

____   As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).  However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

____   It shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

*The defendant shall comply with the standard and special conditions of supervised release that have been outlined in the PSR and incorporated into the Judgment by reference.*

## FINANCIAL PENALTIES

### SPECIAL ASSESSMENT:

__X__ As to count __1__, the defendant shall pay a special assessment in the amount of __$100.00__.

__X__ As to count __9__, the defendant shall pay a special assessment in the amount of __$100.00__.

__X__ As to count __10__, the defendant shall pay a special assessment in the amount of __$100.00__.

__X__ As to count __11__, the defendant shall pay a special assessment in the amount of __$100.00__.

The total special assessment due is __$400.00__ and shall be due in full immediately.

### FINE:
__X__ No fine imposed
___ Court finds defendant is unable to pay fine.

___ The defendant shall pay a fine in the amount of $_____.

### RESTITUTION:

__X__ No restitution imposed.

___ The defendant shall make restitution in the amount of $_____.

___ Restitution Judgment Order, entered and filed in open court.

### SCHEDULE OF PAYMENTS:

___ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The special assessment is due and payable immediately. Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence 60 days after the defendant's supervision begins.

__X__ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___ Each restitution payment shall be divided proportionately among the payees named.

___ Restitution shall be made jointly and severally with _____

__X__ Any special assessment payments may be subject to penalties for default and delinquency.

__X__ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

  X    Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

  X    The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.


  X    The defendant notified of right of appeal.

  ___  Court noted that defendant waived right of appeal in plea agreement.

  X    On motion of government, remaining counts dismissed.

  ___  The defendant is continued on present bond and cautioned re bail jumping.



  X    Court recommends incarceration at

   X    a facility as close to the Tidewater Virginia area as possible.
   X    a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.
   X    a facility with vocational and educational opportunities
   X    a facility that will provide a mental health evaluation, diagnosis and treatment as needed.
   ___  a facility that will provide anger management treatment.

  ___  Consent Order of Forfeiture entered and filed on


Additional Counts/Comments:

_____
_____
_____
_____
_____